1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JOEL BURKETT,

Plaintiff,

v.

STATE OF NEVADA et al.,

Defendants.

Case No. 3:16-cv-00062-MMD-VPC

ORDER

14   **I.      DISCUSSION**

15          On February 10, 2016, Defendants removed this case from state court. (Dkt. no.

16   1.) On February 18, 2016, Plaintiff, a *pro se* prisoner, filed a motion to voluntarily

17   dismiss this case. (Dkt. no. 5.) On March 1, 2016, Defendants filed a non-opposition to

18   Plaintiff's motion to voluntarily dismiss the case. (Dkt. no. 6.)

19          Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an

20   action without a court order by filing "a notice of dismissal before the opposing party

21   serves either an answer or a motion for summary judgment." Fed. R. Civ. P.

22   41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action

23   because no responsive pleading has been filed in this case. As such, the Court

24   dismisses this action without prejudice.

25   **II.     CONCLUSION**

26          For the foregoing reasons, it is ordered that the motion for voluntary dismissal

27   (dkt. no. 5) is granted.

28          It is further ordered that this action is dismissed in its entirety without prejudice.

1    It is further ordered that the Clerk of the Court will enter judgment accordingly.

2

3    DATED THIS 2nd day of March 2016.

4    _____
     MIRANDA M. DU
5    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2